# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

130548

MICHIGAN REHABILITATION CLINIC,
INC., and DR. JAMES NIKOLOVSKI,
      Plaintiffs-Appellants,

v

CITY OF DETROIT,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130548
COA: 263837
Wayne CC: 05-505333-AZ

On order of the Court, the application for leave to appeal the January 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

WEAVER, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

p0920